| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF DAKOTA | FIRST JUDICIAL DISTRICT |

Michael Armstrong,

    Plaintiff,

Court File Number: _____

vs.

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Capital One Bank (USA), N.A.,

    Defendant.

TO THE COURT ADMINISTRATOR:

    PLEASE TAKE NOTICE that defendant Capital One Bank (USA), N.A., by its undersigned attorneys, Ballard Spahr LLP, filed a Notice of Removal of this action, pursuant to 28 U.S.C. § 1441, in the United States District Court for the District of Minnesota. Pursuant to 28 U.S.C. § 1446(d), "the State Court shall proceed no further unless and until the case is remanded."

    A true and correct copy of the underlying Notice of Removal is attached hereto as Exhibit 1.

Dated: March 5, 2021        **BALLARD SPAHR LLP**

By: */s/ Karla M. Vehrs*
    Karla M. Vehrs (#387086)
    vehrsk@ballardspahr.com
    80 South Eighth Street
    2000 IDS Center
    Minneapolis, MN 55402-2100
    Telephone: (612) 371-3211

*Attorneys for Capital One Bank (USA), N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, a true and correct copy of the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** was delivered via first-class mail, postage prepaid, upon the following:

> Andrew C. Walker, Esq.
> Kimberly Zillig, Esq.
> Walker & Walker Law Offices, PLLC
> 4356 Nicollet Avenue South
> Minneapolis, MN  55409
>
> *Attorneys for Plaintiff*

/s/ Karla M. Vehrs

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|   |   |
|---|---|
| MICHAEL ARMSTRONG,<br><br>                  Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>                  Defendant. | Case No. |

## NOTICE OF REMOVAL

Defendant Capital One Bank (USA), N.A. ("Capital One"), by and through its undersigned counsel, removes the above-captioned case from the First Judicial District for Dakota County in the State of Minnesota to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support of removal, Capital One provides the following grounds for removal:

1.  On or about February 4, 2021, Plaintiff Michael Armstrong commenced this action in the First Judicial District for Daktoa County in the State of Minnesota by serving a Summons and Complaint on Capital One's agent for service. *See* Minn. R. Civ. P. 3.01(a). The Complaint names Capital One as the sole defendant. *See* Exhibit 1 (true and correct copy of the Summons and Complaint served on Capital One).

2.  Pursuant to 28 U.S.C. § 1441(a), this Court has original jurisdiction over this civil action. Specifically, this Court has federal-question jurisdiction pursuant to 28 U.S.C. § 1331 because the only cause of action alleged is based on the Telephone

Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, a federal statute.  *See* Ex. 1, Compl. ¶ 1.

3. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders which have been served on Capital One are filed herewith as Exhibit 1.  Plaintiff has not yet filed any documents with the First Judicial District for Dakota County, Minnesota.

4. Pursuant to 28 U.S.C. § 1446(b)(1), this Notice is timely as it is filed within thirty days of the date that Capital One received the Summons and Complaint.

5. Pursuant to 28 U.S.C. § 1446(d), Capital One concurrently provides written notice of this Notice of Removal to Plaintiff.

6. In filing this Notice of Removal and appearing herein, Capital One does not waive and does not intend to waive any defense available to it in law or in equity, including but not limited to defenses based on a failure to state a claim upon which relief may be granted.

WHEREFORE, notice is given that this action is removed from the First Judicial District for Dakota County, Minnesota to the United States District Court for the District of Minnesota.

                              Respectfully Submitted,

Dated: March 5, 2021          **BALLARD SPAHR LLP**

                              By:  */s/ Karla M. Vehrs*
                                    Karla M. Vehrs (#387086)
                                    vehrsk@ballardspahr.com

                                    80 South Eighth Street
                                    2000 IDS Center
                                    Minneapolis, MN 55402-2100
                                    Telephone: (612) 371-3211

                              ***Attorneys for Capital One Bank (USA), N.A.***