UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.   21-CV-00645 (DSD/DTS)

Michael Armstrong,

      Plaintiff,

v.

Capital One Bank (USA), N.A.,

      Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The above parties stipulate, through their respective undersigned counsels, that all claims in this action may be dismissed with prejudice, with each party to bear their own costs and fees.

Date: May 10, 2021

/s/  Kimberly S. Zillig
Kimberly Zillig #278129
Andrew C. Walker #392525
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
*Attorneys for Plaintiff*

Date:   May 10, 2021

/s/ Karla M. Vehrs
Karla M. Vehrs #387086
Ballard Spahr LLP
80 South Eighth St.
2000 IDS Center
Minneapolis, MN 55402-2100
(612) 371-3211
*Attorneys for Defendant*