# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# CIVIL NO. 21-645 (DSD/DTS)

_____

Michael Armstrong,

      Plaintiff,

v.

Capital One Bank (USA), N.A.,

      Defendant.

_____

## Order of Dismissal with Prejudice

Based upon the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action be and the same is hereby dismissed with prejudice on the merits and without costs or attorney fees to any party.

Dated: May 10, 2021

                                  s/David S. Doty
                                  David S. Doty, Judge
                                  United States District Court